AO-10
Rev 1/96

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 1995 /1996

Report Required by the Ethics
Reform Act of 1989, Pub. law
No. G.P.C. App. 4. 101-194

| Person Reporting  Last name, first, middle initial | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mollway, Susan O. | U.S. District Court, Hawaii | 1/7/97 |

| 4. Title  Article III judges indicate active or senior status. Magistrate judges indicate full- or part-time. | 5. Report Type (check appropriate type)  X Nomination, Date 1/7/97 ___ Initial ___ Annual ___ Final | 6. Reporting Period |
|---|---|---|
| U.S. District Judge--Active | | 1/1/96 -12/31/96 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____  Date _____ |
|---|---|

**IMPORTANT NOTES:** The instructions accompanying this form must be followed.   Complete all parts, checking the NONE box for each section where you have no reportable information.   Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of Instructions.)

[ ] **NONE**   (No reportable positions)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| Partner | Cades Schutte Fleming & Wright |
| Arbitration | State of Hawaii Court Annexed Arbitration Program |
| Director | Hawaii Women's Legal Foundation |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-17 of Instructions.)

[X] **NONE**   (No reportable agreements)

| DATE | PARTIES AND TERMS |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

## III. NON-INVESTMENT INCOME.   (Reporting individual and spouse; see pp. 18-25 of Instructions.)

[ ] **NONE**   (No reportable non-investment income)

| DATE | SOURCE AND TYPE | GROSS INC (per. for 1996) |
|---|---|---|
| 1/1/96 - 12/31/96 | Cades Schutte Fleming & Wright (provided legal services as partner) | $275,945 |
| 1/1/96 - 12/31/96 | State of Hawaii Ethics Commission (executive director) | $(S) |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

-30a-

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report: |
|---|---|---|
| | Mollway, Susan O. | 1/7/97 |

## II. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Susan Oki Mollway_        Date __January 7, 1997__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJEC TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
 United States Courts
One Columbus Circle, N.E., Suite 2-301
Washington, DC 20544

-30b-

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hollway, Susan O. | 1 / 7 /97 |

**VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions** (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period (1) | (2) | C. Gross value at end of reporting period (1) | (2) | D. Transactions during reporting period (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 HI State Employees Fed Credit Union, Hon, HI (J) | B | Interest C | T | | | | | | |
| 2 Bank of America, FSB Honolulu, HI (J) | A | Interest J | T | | | | | | |
| 3 Prudential 401K Moosic, PA (S) | D | Interest M | T | | | | | | - |
| 4 Great Western 401K Northridge, CA (S) | A | Interest J | T | Transfer to Prudential 1/1 | L | A | | | |
| 5 MM-10, First Hawaiian Bank Honolulu, HI | | Interest M | T | | | | | | |
| 6 Stable Fund, Diversified Investment, Purchase, NY | D | Interest L | T | | | | | | |
| 7 IRA (self) First Hawaiian Bank, HI | A | Interest J | T | | | | | | |
| 8 IRA (S) First Hawaiian Bank, HI | A | Interest J | T | | | | | | |
| 9 Illinois College Savings Bonds (S & DC) | A | Interest J | W | | | | | | |
| 10 U.S. Bonds Series EE (DC & self or S) | A | Interest J | W | | | | | | |
| 11 Western Wireless Stock | | | J | T | Buy | 5/22 | J | A | |

-30c-

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Mollway, Susan O. | Date of Report<br>1/ 7 /97 |
|---|---|---|

**I    REIMBURSEMENTS and GIFTS** – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐    NONE    (No such reportable reimbursements or gifts) | |
| Exempt | |
| | |
| | |
| | |
| | |
| | |
| | |

**V.   OTHER GIFTS.**    (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐    NONE    (No such reportable gifts) | | |
| Exempt | | $ |
| | | $ |
| | | $ |
| | | $ |

**VI.   LIABILITIES.**    (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE COD |
|---|---|---|
| ☒    NONE    (No reportable liabilities) | *Previously listed mortgage with Continental Savings Bank is for apartment occupied by relative that we treat as second home (no income earned). | |
| | | |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES    J : $15,000 or less    K : $15,001-$50,000    L : $50,001-$100,000    M : More than $100,000    N : ...

Digitized by Google

FINANCIAL DISCLOSURE REPORT
FOR CALENDAR YEAR 1995 //1996

| Reporting Last name, First middle initial | Court or Organization | Date of Report |
|---|---|---|
| Holloway, Susan O. | | 1 / 7 /97 |

| Title | Report Type check appropriate type | Reporting Period |
|---|---|---|
| | __ Nomination, Date _ / _ | |
| | __ Initial  __ Annual  __ Final | |

| Chambers or Office Address | In the news of the information contained in this report and any modifications pertaining thereto, it is in my opinion in compliance with applicable laws and regulations. |
|---|---|
| | Reviewing Officer          Date |

**IMPORTANT NOTES.** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

**I. POSITIONS.**  (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ **NONE** (No reportable positions) | |
| Director | Hawaii Justice Foundation |
| Director | American Civil Liberties Union of Hawaii |
| Director | American Civil Liberties Union Foundation of Hawaii |

**II. AGREEMENTS.**  (Reporting individual only; see pp. 14-17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ **NONE** (No reportable agreements) | |
| | |
| | |
| | |

**III. NON-INVESTMENT INCOME.**  (Reporting individual and spouse; see pp. 18-23 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| ☐ **NONE** (No reportable non-investment income) | | |
| | | $_____ |
| | | $_____ |
| | | $_____ |
| | | $_____ |
| | | $_____ |

–30e–

Digitized by Google